**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA ELENA RIVAS-GUZMAN, | No. 09-70101 |
| Petitioner, | Agency No. A094-801-638 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011**

Before:      BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Maria Elena Rivas-Guzman, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's ("IJ") removal order.  We have jurisdiction under 8 U.S.C.

§ 1252.  We review for abuse of discretion the denial of a continuance,

---

    *      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    **      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

*Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008) (per curiam), and review de novo claimed violations of the right to counsel, *Hernandez-Gil v. Gonzales*, 476 F.3d 803, 804 n. 1 (9th Cir. 2007). We deny the petition for review.

Rivas-Guzman's contention that the IJ abused her discretion by refusing to continue her immigration proceedings fails because she did not establish good cause for a continuance. *See* 8 C.F.R. § 1003.29. Rivas-Guzman's contention that the denial of the continuance effectively deprived her of her right to counsel is unavailing. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error for a due process violation).

**PETITION FOR REVIEW DENIED.**